# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-635

**Effective Date of Registration:**
March 14, 2023
**Registration Decision Date:**
March 16, 2023



## Title

| | |
|---|---|
| Title of Work: | 08.03.2018 Xavier Photo |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | August 03, 2018 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Anthony Xavier |
  | Author Created: | photograph |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Thrifts and Threads, Inc.<br>333 N San Rafael Avenue, Pasadena, CA, 91105, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Nixon Peabody LLP |
| Name: | Erica Van Loon |
| Email: | evanloon@nixonpeabody.com |
| Telephone: | (213)629-6031 |
| Address: | 300 South Grand Avenue<br>Suite 4100<br>Los Angeles, CA 90071 United States |

## Certification

Page 1 of 2

|   |   |
|---|---|
| **Name:** | Kaleigh P. Morrison |
| **Date:** | March 14, 2023 |
| **Applicant's Tracking Number:** | 098319.000002 |

---

**Correspondence:** Yes

