1  Erica J. Van Loon, State Bar No. 227712
   evanloon@nixonpeabody.com
2  Joshua J. Pollack, State Bar No. 215922
   jpollack@nixonpeabody.com
3  NIXON PEABODY LLP
   300 South Grand Avenue, Suite 4100
4  Los Angeles, CA 90071-3151
   Telephone:    213-629-6000
5
   Attorneys for Plaintiffs
6  Brittany Xavier and Thrifts and Threads, Inc.

7

   Almuhtada Smith, State Bar No. 263762
8  asmith@arscounsel.com
   ARS COUNSEL P.C.
9  515 S. Flower Street, 18th Floor
   Los Angeles, CA 90071
10 Telephone:    213-293-3565

11 Attorney for Defendant
   Undefined Inc.
12

13                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
14

15
   BRITTANY XAVIER, an individual; and          Case No. 4:23-cv-01483-HSG
16 THRIFTS AND THREADS, INC., a California
   Corporation,                                 **ORDER SETTING ASIDE DEFAULT
17                                              AND SETTING DEADLINE FOR
                              Plaintiffs,       DEFENDANT UNDEFINED, INC. TO
18                                              RESPOND TO COMPLAINT (as
         vs.                                    modified)**
19
   UNDEFINED, INC., a Delaware Corporation;
20 and DOES 1-10, inclusive,

21                            Defendants.

22

23

24

25

26

27

28
                                                ORDER SETTING ASIDE DEFAULT AND
   4882-5600-6253.1                             SETTING DEADLINE TO RESPOND TO
                                                                       COMPLAINT
                                                               4:23-CV-01483-HSG

Having considered the Parties' Stipulation to Set Aside Default and Set Deadline for Defendant Undefined, Inc. to Respond to Complaint ("Stipulation") and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The default of Defendant Undefined, Inc. ("Undefined") is set aside.

2. Undefined shall answer, move, or otherwise respond to the Complaint within twenty-one (21) calendar days after the date the Stipulation was filed with the Court, i.e., on or before July 21, 2023.

3. A Telephonic Case Management Conference has been set for August 8, 2023, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m. Case Management Statement due by August 1st. All counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

**NOTE:** All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

Dated: 7/3/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge