UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRITTANY XAVIER, et al.,

    Plaintiffs,

v.

UNDEFINED, INC.,

    Defendant.

Case No. 23-cv-01483-HSG

**SCHEDULING ORDER**

A case management conference was held on August 15, 2023. Having considered the parties' proposals, *see* Dkt. No. 24, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | September 8, 2023 |
| Close of Fact Discovery | January 16, 2024 |
| Exchange of Opening Expert Reports | January 22, 2024 |
| Exchange of Rebuttal Expert Reports | February 12, 2024 |
| Close of Expert Discovery | February 26, 2024 |
| Dispositive Motion Hearing Deadline | May 2, 2024, at 2:00 p.m. |
| Pretrial Conference | July 9, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | August 5, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 9/8/2023

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge